# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-CR-465 |
| HYUN W. LEE, | ) | |
| also known as "Michael Lee" | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/22/23

_____
*Defendant's signature*

12/1/23

_____
*Signature of defendant's attorney*

Ed Kratt
*Printed name of defendant's attorney*

s/Hon. Pamela K. Chen

_____
*Judge's signature*

Pamela K. Chen, U.S. District Judge
*Judge's printed name and title*

12/1/2023