# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  James Cho  DATE: 12/6/2023

DOCKET NUMBER: 23-CR-465  LOG #: 11:12am - 11:17am

DEFENDANT'S NAME: Hyun Lee

✓ Present  ___ Not Present  ___ Custody  ✓ Bail

DEFENSE COUNSEL: Franklin Rothman

___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A  Brian D. Morris  CLERK: SM Yuen

Probation: _____  (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

✓ BAIL HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at 100,000.00  Defendant ✓ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

✓ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____