ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
―――――――
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

December 12, 2023

**By ECF**
The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Hyun W. Lee</u>, 23 Cr. 465 (PKC)

Dear Judge Cho:

  I am the attorney for Hyun W. Lee in the above-named matter. On December 6, 2023, Mr. Lee came before the Court on his initial appearance and was released pursuant to a $100,000 personal recognizance bond to be cosigned by one financially responsible person and secured by real property. The deadline to satisfy Mr. Lee's bond conditions is today. This letter is respectfully submitted to request an extension to December 15, 2023 for the deadline to satisfy the bond conditions. The reason for this request is because more time is needed to file the satisfaction of judgment on the property, which is located in Bergen County, New Jersey. The sole co-signer and owner of the subject property, Young Joon Kim, signed the bond on December 6, 2023. However, filing of the confession of judgement was attempted yesterday at the Bergen County Clerk's Office, but the office rejected the document due to formatting errors. More time is therefore needed to prepare and re-file the confession of judgement in accordance with the rules of the Bergen County Clerk. I have reached out to the government regarding its position on this request but have not yet received a response.

  Accordingly, it is respectfully requested that the deadline to satisfy the bond conditions be extended to December 15, 2023 to allow for finalization of the confession of judgement. If the Court has any questions regarding this matter, please do not hesitate to contact me.

                Respectfully submitted,
                   / s /
                Franklin A. Rothman