# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

December 12, 2023

**By ECF**
The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Hyun W. Lee</u>, 23 Cr. 465 (PKC)

Dear Judge Cho:

     I am the attorney for Hyun W. Lee in the above-named matter. This letter is respectfully submitted to supplement and correct the letter that was filed earlier today, ECF Dkt. 11, seeking an extension of time to satisfy Mr. Lee's bond conditions. In my previous letter I indicated that the government had not yet responded regarding its position on the requested extension; however, it recently came to my attention that an invalid email address had been used when contacting the government and they did not receive my message. I have since spoken with AUSA Brian Morris, who states that the government does not object to extending the deadline for satisfaction of bond conditions to December 15, 2023.

     Accordingly, for the reasons discussed herein and those discussed in our prior letter, it is respectfully requested that the deadline for satisfying Mr. Lee's bond conditions be extended to December 15, 2023 to allow more time for the filing of confession of judgment.

Respectfully submitted,
/ s /
Franklin A. Rothman

cc: AUSA Brian Morris (by ECF)