# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

December 21, 2023

**By ECF**
Hon. Pamela K. Chen
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Michael Lee
23 Cr. 465 (PKC)

Dear Judge Chen:

    I, Frank Rothman represent Michael Hyun W. Lee in the above referenced matter. As per your Honor's order dated today, December 21, 2023, I am informing the Court that Mr. Lee's bond conditions previously imposed have been satisfied as of December 13, 2023, annexed as Exhibit A.

    Thank you for your attention to this matter.

Sincerely,

*Frank Rothman*

Frank Rothman

cc: Edward M. Kratt, Esq., Co-counsel
    Brian D. Morris, Assistant United States Attorney
    Hiral D. Mehta, Assistant United States Attorney