

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:BDM
F.#2023R00121

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2024

By ECF
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hyun W. Lee
                Criminal Docket No. 23-465 (PKC)

Dear Judge Chen:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Hyun W. Lee, has agreed to in connection with his guilty plea before Your Honor on December 1, 2023. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this request.

                                     Respectfully submitted,

                                     BREON PEACE
                                     United States Attorney

                     By:    /s/ Brian D. Morris
                            Brian D. Morris
                            Assistant U.S. Attorney
                            718-254-6512

Encl.:  Preliminary Order of Forfeiture
cc:      Counsel of Record (by ECF)