

U.S. Department of Justice

United States Attorney
Eastern District of New York

HDM
F. #2023R00121

271 Cadman Plaza East
Brooklyn, New York 11201

January 6, 2025

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Lee, 23-CR-465

Dear Judge Chen:

The government respectfully requests a brief adjournment of the defendant's sentencing, which is scheduled for January 16, 2025. The assigned AUSA on the matter, Brian Morris, has left the government, and the undersigned is scheduled to travel outside of the country on that day. The defendant consents to the adjournment request. The parties are available on February 4, 2025, and the week of February 10, 2025, at the Court's convenience.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Hiral Mehta
Hiral Mehta
Assistant U.S. Attorney
(718) 254-6418

cc: Defense counsel (via ECF and email)