Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:

United States v.

Hyun W. Lee

Docket No.: 23-cr-465

Pamela K. Chen
(District Court Judge)

Notice is hereby given that Hyun W. Lee appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify) entered in this action on February 4, 2025.
(date)

This appeal concerns: Conviction only ☐ Sentence only ✔ Conviction & Sentence ☐ Other ☐

Defendant found guilty by plea ✔ | trial ☐ | N/A ☐.

Offense occurred after November 1, 1987? Yes ✔ No ☐ N/A ☐

Date of sentence: February 4, 2025 N/A ☐

Bail/Jail Disposition: Committed ☐ Not committed ✔ N/A ☐

Appellant is represented by counsel? Yes ✔ No ☐ If yes, provide the following information:

Defendant's Counsel: Robert J. Basil
Counsel's Address: The Basil Law Group, P.C.
125 West 31st Street #19B, New York, NY 10001
Counsel's Phone: (917) 994-9973

Assistant U.S. Attorney: Hiral D. Mehta
AUSA's Address: U.S Attorney's Office, Eastern New York
271 Cadman Plaza East, Brooklyn, NY 11201
AUSA's Phone: (718) 254-6418

_____
Signature